UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Randy L. Thomas, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| North Carolina Dept. of Health and Human Services, Division of Social Services, Child Support Enforcement Section, | ) ) ) | No. 5:12-CV-16-BR |
| | ) | |
| Defendant. | ) ) | |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on the 10 January 2013 Memorandum and Recommendation of U.S. Magistrate Judge James E. Gates.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court adopts the Memorandum and Recommendation as its own and the case of Thomas v. North Carolina Dept. of Health and Human Services, No. 5:12-CV-16-BR, is REMANDED to the North Carolina Office of Administrative Hearings. The Clerk shall serve a copy of this order on the Clerk of the aforementioned office and close the case.

**This judgment filed and entered on March 18, 2013, and served on:**

Randy L. Thomas (via US Mail at 225 Arnette Street, Aberdeen, NC 28315)

March 18, 2013    /s/ Julie A. Richards,
     Clerk of Court